UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| SCOTT BAKER,<br><br> Plaintiff<br><br>v.<br><br>PAUL MONTRONE, PAUL MEISTER,<br>PERSPECTA TRUST LLC,<br>BAYBERRY FINANCIAL SERVICES<br>CORP., LIBERTY LANE SERVICE<br>COMPANY LLC,<br>PERSPECTA HOLDINGS LLC,<br>PERSPECTA ENTITIES, LLC and<br>PERSPECTA INVESTMENTS, LLC,<br><br> Defendants | Civil Case No. 1:18-cv-00913-PB |

## JOINT STATEMENT ON MEDIATION

Plaintiff Scott Baker ("Baker") and Defendants Paul Montrone ("Montrone"), Paul Meister ("Meister"), Perspecta Trust LLC, Bayberry Financial Services Corp., and Liberty Lane Service Company LLC (collectively "the Original Defendants"), Perspecta Holdings LLC ("Perspecta Holdings"), Perspecta Entities, LLC ("Perspecta Entities"), and Perspecta Investments, LLC ("Perspecta Investments") (collectively "the Additional Defendants"), by their respective attorneys, submit the following Joint Statement on Mediation:  The parties have agreed to private mediation on September 16, 2019 before a mutually-acceptable mediator.

                                                                                              Respectfully submitted
SCOTT BAKER
By his attorneys,

Date: August 21, 2019        By:    /s/ Beth A. Deragon
Beth A. Deragon (#16347)
Terri L. Pastori (#12136)
PASTORI | KRANS, PLLC
70 Commercial Street, Suite 203
Concord, NH 03301
Telephone: (603) 369-4769
bderagon@pastorikrans.com
tpastori@pastorikrans.com

Date: August 21, 2019        By:    /s/ Jennifer B. Furey
Jennifer B. Furey (BBO #634174)
Jennifer L. Mikels (BBO #682199)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110-3333
Telephone: (617) 482-1776
Fax: (617) 574-4112
jfurey@goulstonstorrs.com
jmikels@goulstonstorrs.com

PAUL MONTRONE, PAUL MEISTER,
PERSPECTA TRUST LLC,
BAYBERRY FINANCIAL SERVICES
CORP., LIBERTY LANE
SERVICE COMPANY LLC,
PERSPECTA HOLDINGS LLC,
PERSPECTA ENTITIES, LLC and
PERSPECTA INVESTMENTS, LLC

By their attorneys,
JACKSON LEWIS P.C.

Date: August 21, 2019        By:    */s/* Martha Van Oot
Debra Weiss Ford (NHBA #2687)
Martha Van Oot (NHBA #963)
100 International Drive, Suite 363
Portsmouth, NH 03801
Telephone: (603) 559-2700
Fax: (603) 559-2701
debra.ford@jacksonlewis.com
martha.vanoot@jacksonlewis.com

Certificate of Service

    I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing System.

Dated:  August 21, 2019                    */s/* Martha Van Oot
                                            Martha Van Oot