UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SCOTT BAKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL MONTRONE, PAUL MEISTER, )<br>PERSPECTA TRUST LLC, )<br>BAYBERRY FINANCIAL SERVICES )<br>CORP., LIBERTY LANE SERVICE )<br>COMPANY LLC, )<br>PERSPECTA HOLDINGS LLC, )<br>PERSPECTA ENTITIES, LLC and )<br>PERSPECTA INVESTMENTS, LLC, )<br>)<br>Defendants. )<br>) | Civil Case No. 1:18-cv-00913-PB |

## **STIPULATION OF DISMISSAL**

The Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this case with prejudice and with all rights of appeal waived.

                                                      Respectfully submitted,

                                                      SCOTT BAKER, Plaintiff
                                                      By His Attorneys,

Date:  April 1, 2020                  By:    /s/ Jennifer B. Furey
                                                      Jennifer B. Furey (BBO # 634174)
                                                        Jennifer L. Mikels (BBO # 682199)
                                                        GOULSTON & STORRS PC
                                                        400 Atlantic Avenue
                                                         Boston, MA 02110-3333
                                                         Telephone: (617) 482-1776
                                                        Fax:  (617) 574-4112
                                                        jfurey@goulstonstorrs.com
                                                        jmikels@goulstonstorrs.com

| | | |
|---|---|---|
| Dated:  April 1, 2020 | By: | /s/ Beth A. Deragon
Beth A. Deragon (# 16347)
Terri L. Pastori (# 12136)
PASTORI | KRANS, PLLC
70 Commercial Street, Suite 203
Concord, NH 03301
Telephone: (603) 369-4769
bderagon@pastorikrans.com
tpastori@pastorikrans.com |
| | AND | |
| | | PAUL MONTRONE, PAUL MEISTER, PERSPECTA TRUST LLC, BAYBERRY FINANCIAL SERVICES CORP., LIBERTY LANE SERVICE COMPANY LLC, PERSPECTA HOLDINGS LLC, PERSPECTA ENTITIES, LLC and PERSPECTA INVESTMENTS, LLC, Defendants

By Their Attorneys,
JACKSON LEWIS P.C. |
| Date:  April 1, 2020 | By: | */s/* Martha Van Oot
Debra Weiss Ford (NHBA # 2687)
Martha Van Oot (NHBA # 963)
100 International Drive, Suite 363
Portsmouth, NH  03801
603.559.2700 | Phone
603.559.2701 | Fax
debra.ford@jacksonlewis.com
martha.vanoot@jacksonlewis.com |

4836-4611-8580, v. 1

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing System.

Dated:  April 1, 2020                    /s/ Jennifer B. Furey

4836-4611-8580, v. 1